1

2

3

4                  UNITED STATES DISTRICT COURT

5                NORTHERN DISTRICT OF CALIFORNIA

6                        EUREKA DIVISON

7

8    TRAVIS S. OVERTON,                    Case No.  16-cv-2724-NJV (PR)
                      Petitioner,
9
         v.                                **ORDER OF TRANSFER**
10
11   J. GASTELO,
                      Respondent.
12

13

14          This is a petition for writ of habeas corpus filed pro se by a state prisoner.  Petitioner seeks

15   to challenge a conviction obtained in the Solano County Superior Court.  Solano County is in the

16   venue of the United States District Court for the Eastern District of California.  Petitioner is

17   incarcerated in the Central District of California.

18          Venue for a habeas action is proper in either the district of confinement or the district of

19   conviction, 28 U.S.C. § 2241(d); this district is neither.  Because petitions challenging a

20   conviction are preferably heard in the district of conviction, Habeas L.R. 2254-3(a); *Laue v.*

21   *Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968), and petitioner was convicted and in the Eastern

22   District, this case is **TRANSFERRED** to the United States District Court for the Eastern District

23   of California.  *See* 28 U.S.C. § 1406(a);  Habeas L.R. 2254-3(b).

24          **IT IS SO ORDERED.**

25   Dated:  May 27, 2016

26                                         _____
27                                         NANDOR J. VADAS
                                           United States Magistrate Judge
28

*United States District Court*
*Northern District of California*