1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TRAVIS S. OVERTON,                              No.  2:16-cv-1181-JAM-EFB P

12                    Petitioner,

13           v.                                       ORDER

14    J. GASTELO,

15                    Respondent.

16

17          Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

18    U.S.C. § 2254.  On September 30, 2016, respondent filed a motion to dismiss on the ground that

19    the petition (1) is untimely, (2) is procedurally defaulted as to claims one and two, and (3) claim

20    three fails to state a cognizable federal claim.  Petitioner has not filed an opposition or a statement

21    of no opposition to respondent's motion to dismiss.

22          A responding party's failure "to file written opposition or to file a statement of no

23    opposition may be deemed a waiver of any opposition to the granting of the motion and may

24    result in the imposition of sanctions."  L. R. 230(l).  Failure to comply with any order or with the

25    Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or

26    Rule or within the inherent power of the Court."  L. R. 110.  The court may dismiss this action

27    with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See*

28    *Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

1

1  dismissing pro se plaintiff's complaint for failing to obey an order to re-file an amended

2  complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

3  1440-41 (9th Cir. 1988) (dismissal for pro se plaintiff's failure to comply with local rule

4  regarding notice of change of address affirmed).

5       Accordingly, it is hereby ORDERED that, within 21 days of the date of this order,

6  petitioner shall file either an opposition to the motion to dismiss or a statement of no opposition.

7  Failure to comply with this order will result in a recommendation that this action be dismissed

8  without prejudice.

9  Dated:  October 31, 2016.

10                      EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2